FILED

JUN 6 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-cr-00879-TWR |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL OF THE INFORMATION** |
| v. | |
| MARCOS NOE COVARRUBIAS, | |
| Defendant. | |

Based upon the Motion to Dismiss the Information Without Prejudice, and for the reasons set forth therein, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The United States' Motion is GRANTED, and the Information is dismissed without prejudice.

**SO ORDERED.**

DATED: 6/6/2022

_Todd Robinson_

HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE